IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA ROGERS, Individually and on behalf of herself and other similarly situated individuals as a class,<br><br>Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES, INC., and DRIVERS MANAGEMENT, LLC,<br><br>Defendants. | 8:20-CV-468<br><br>**JUDGMENT** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal. Filing 43. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

Dated this 26th day of May, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge